**UNITED STATES of America, Plaintiff–Appellee**

v.

**Gregory Dwayne REESE, Defendant–Appellant.**

No. 09–20371
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 18, 2010.

James Lee Turner, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Thomas A. Glenn, Attorney Address: SUITE 230 Houston, TX, for Defendant–Appellant.

Gregory Dwayne Reese, Inez, KY, pro se.

Before REAVLEY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gregory Dwayne Reese has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Reese has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.